IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FREDA SHELTON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 8:13-cv-03526-PWG |
| ) | |
| UNITED CONSUMERS, INC.; ET AL. ) | |
| ) | |
| Defendants ) | |
| ) | |

## STIPULATION OF DISMISSAL

The parties herein stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice. Each party will pay their own costs, expenses and attorney's fees.

THE LAW OFFICES OF RONALD S. CANTER, LLC

_____
Freda Shelton
9087 Hardesty Drive
Clinton, Maryland 20735
*Pro Se Plaintiff*

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
Bar No. 01024
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: rcanter@roncanterllc.com
*Attorney for Defendant United Consumers, Inc.*

1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by E-Mail on this 10TH day of January, 2014 to:

H. Mark Stichel, Esquire
Gohn Hankey and Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland 21201
E-Mail: hmstichel@ghsllp.com

William M. Huse, Esquire
Schuckit and Associates, PC
4545 Northwestern Drive
Zionsville, IN 46077
Email: whuse@schuckitlaw.com
*Attorneys for Defendant Trans Union, LLC*

Sandy David Baron, Esquire
Shulman Rogers Gandal Pordy and Ecker, PA
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
E-Mail: Email: sbaron@shulmanrogers.com
*Attorney for Defendant Experian Information Services, Inc.*

Nathan D. Adler, Esquire
Newberger Quinn Gielen Rubin & Gibber, PA
One South Street, 27th Floor
Baltimore, Maryland 21202-3201
E-Mail: nda@nqgrg.com
*Attorney for Defendant Equifax Information Solutions, LLC*

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
*Attorney for Defendant United Consumers, Inc.*