UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (GREENBELT)

FREDA SHELTON,
   Plaintiff,

CASE NO. 8:13-cv-03526-PWG

vs.

UNITED CONSUMERS, INC.;
EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
and TRANS UNION LLC;
   Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

Plaintiff Freda Shelton, *Pro Se*, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: 15 Jan 2014

*[signature]*
Freda Shelton
9087 Hardesty Drive
Clinton, MD 20735

*Pro Se Plaintiff*

Date: 1/24/2014

/s/ H. Mark Stichel
H. Mark Stichel, Esq.  (MD Federal Bar #02939)
Gohn Hankey and Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*

William M. Huse, Esq. (800980)*
(admitted *Pro Hac Vice*)
*Admitted in Ohio Only
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  whuse@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the _____ day of January, 2014. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Nathan D. Adler, Esq.<br>nda@nqgrg.com | Sandy David Baron, Esq.<br>sbaron@shulmanrogers.com |
| Ronald S. Canter, Esq.<br>rcanter@roncanterllc.com | Brian J. Olson, Esq.<br>bjolson@kslaw.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the _____ **day of January, 2014**, properly addressed as follows:

| | |
|---|---|
| **Pro Se Plaintiff**<br>Freda Shelton<br>9087 Hardesty Drive<br>Clinton, MD 20735 | |

/s/ H. Mark Stichel
_____
H. Mark Stichel, Esq. (MD Federal Bar #02939)
Gohn Hankey and Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, MD 21201
Telephone: (410) 752-9300
Fax: (410) 752-2519
E-Mail: hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*